Benjamin Carter 14488
O.C.C.F 6075 Judd Road
Oriskany NY 13424



Clerk U.S. District Court
P.O. Box 7367 100 S
Clinton Street Syracuse
New York 13261-7367



U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
NOV - 1 2023
RECEIVED



ONEIDA COUNTY JAIL
INMATE MAIL